UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
April 13, 2006

No. 06-1309
8:04-cv-03581-DKC

DORN B. HOLLAND

    Plaintiff - Appellant

v.

WASHINGTON HOMES, INCORPORATED

    Defendant - Appellee

---

O R D E R

---

The Court dismisses this appeal for failure to prosecute pursuant to Local Rule 45

The Clerk of the Court will issue a certified copy of this order to the Clerk of the District Court as and for the mandate.

For the Court - By Direction

s/ Patricia S. Connor
-------------------
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
Deputy Clerk