```
                        JUDGMENT
                                  FILED: May 25, 2007

              UNITED STATES COURT OF APPEALS

                         for the

                      Fourth Circuit


                       No. 06-1309
                     8:04-cv-03581-DKC


DORN B. HOLLAND

          Plaintiff - Appellant

   v.

WASHINGTON HOMES, INCORPORATED

          Defendant - Appellee



                   --------------------
         Appeal from the United States District Court for the
                 District of Maryland at Greenbelt
                   --------------------
```

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate.  The judgment will take effect upon issuance of the mandate.

```
                              /s/ Patricia S. Connor
                              _____
                                        CLERK
```