UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 27, 2007

No. 06-1309
8:04-cv-03581-DKC

DORN B. HOLLAND

    Plaintiff - Appellant

v

WASHINGTON HOMES, INCORPORATED

    Defendant - Appellee

RECEIVED
AUG 01 2007
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

# M A N D A T E

The judgment of this Court, entered 5/25/07, takes effect this date.

A certified copy of this Court's judgment and a copy of its decision are issued to the district court and constitute the mandate of this Court.

/s/ Patricia S. Connor
------------------------
CLERK